IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT ALLEN SAPERO, as Personal Representative of the Estate of Lionel Brooks<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action No. WMN 02 CV 39 |

ORDER

Having considered the United States of America's Unopposed Motion to Extend Time in Which to Serve a Responsive Pleading, and there being no opposition thereto, it is hereby ORDERED that:

1. The United States of America's motion is hereby GRANTED; and it is further ORDERED that

2. The United States of America shall have an additional sixty (60) days, up to and including June 12, 2002 in which to serve its responsive pleading.

ENTERED this 11th day of April, 2002.

_____
United States District Judge